**IT IS SO ORDERED**
*Judge James Ware*

1  Gary R. Selvin, State Bar No. 112030
   SELVIN WRAITH HALMAN LLP
2  505 14th Street, Suite 1200
   Oakland, CA 94612
3  Telephone:    (510) 874-1811
   Facsimile:     (510) 465-8976
4  E-mail:  gselvin@selvinwraith.com

5  Attorneys for Plaintiffs
   National Union Fire Insurance Company of Pittsburgh, Pa.
6  and The Insurance Company of the State of Pennsylvania

7

8                 IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC. and THE COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | CASE NO.: C11-04897-JW<br><br>Case Assigned To:<br>Judge James Ware, Courtroom 9, 19th Floor<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:  October 4, 2011 |

        Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs National Union Fire Insurance Company of Pittsburgh, Pa. and The Insurance Company of the State of Pennsylvania (collectively "Plaintiffs"), on the one hand, and Defendants Electronic Arts, Inc. and Collegiate Licensing Company, on the other hand, hereby agree and stipulate as follows:

        Whereas, Plaintiffs filed a Complaint on October 4, 2011; and

        Whereas, Electronic Arts, Inc.'s response to the Complaint is due October 31, 2011; and

        Whereas, the Collegiate Licensing Company's response to the Complaint is due October 31, 2011; and

        Whereas, Plaintiffs, Electronic Arts, Inc. and Collegiate Licensing Company agree that the

---

1
**Joint Stipulation to Extend Time to Respond to Complaint**                                 **CASE NO.: C11-04897-JW**

1  date by which Electronic Arts, Inc. and Collegiate Licensing Company must file a response to the
2  Complaint should be extended to November 23, 2011.
3      Whereas, Plaintiffs, Electronic Arts, Inc., and Collegiate Licensing Company agree that such
4  an extension of time for Electronic Arts, Inc. and the Collegiate Licensing Company to file a
5  responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed
6  by Court;
7      THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:
8      The deadline by which Electronic Arts, Inc. and Collegiate Licensing Company must respond
9  to the Complaint is extended to November 23, 2011.
10     **SO STIPULATED.**

Dated:  October 28, 2011          SELVIN WRAITH HALMAN LLP


                                  By:  /s/ Gary R. Selvin
                                       Gary R. Selvin
                                       Attorneys for Plaintiffs
                                       National Union Fire Insurance Company of
                                       Pittsburgh, Pa. and The Insurance Company of
                                       the State of Pennsylvania

Dated:  October 28, 2011          FARELLA BRAUN & MARTEL LLP


                                  By:  /s/ Tyler C. Gerking – permission by email
                                       Tyler C. Gerking
                                       Attorneys for Defendant
                                       Electronic Arts, Inc.

Dated:  October 28, 2011          KILPATRICK TOWNSEND & STOCKTON LLP


                                  By:  /s/ Brent W. Brougher – permission by email
                                       Brent W. Brougher
                                       Attorneys for Defendant
                                       Collegiate Licensing Company

98717.doc