IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nat. Union Fire Ins. Co. of Pittsburgh, et al., | NO. C 11-04897 JW |
| Plaintiffs, v. | **ORDER SETTING DECEMBER 19, 2011 FOR HEARING ON MOTIONS TO INTERVENE** |
| Electronic Arts, Inc., et al., | |
| Defendants. | |

Presently before the Court are two different Motions to Intervene which were noticed for hearings on December 5, 2011[1] and January 9, 2012.[2] Upon review, the Court finds that the Motions to Intervene present similar issues. Thus, in order to control its own docket, the Court finds good cause to set both Motions for a hearing on the same date.

Accordingly, the Court sets **December 19, 2011 at 9 a.m.** for a hearing on both Motions to Intervene and ORDERS as follows:

(1) On or before **November 17, 2011**, American Casualty Company and Continental Casualty Company shall file a Reply to the American Casualty Motion.

---

[1] (American Casualty Company of Reading, PA's and Continental Casualty Company's Motion for Leave to File Complaint in Intervention, hereafter, "American Casualty Motion," Docket Item No. 10.)

[2] (Memorandum of Points and Authorities in Support of Allied World National Assurance Company's Motion for Leave to File Complaint in Intervention, hereafter, "Allied World Motion," Docket Item No. 21.)

(2) On or before **November 30, 2011**, Defendants shall file their Opposition to the Allied World Motion.

(3) On or before **December 5, 2011**, Allied World National Assurance Company shall file a Reply to the Allied World Motion.

Dated: November 17, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brent W. Brougher bbrougher@kilpatricktownsend.com
Gary Robert Selvin gselvin@selvinwraith.com
John Edward Peer jpeer@woollspeer.com
Laura J. Ruettgers laura.ruettgers@mccurdylawyers.com

**Dated: November 17, 2011**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers
                                             Susan Imbriani
                                             Courtroom Deputy**