ELDON S. EDSON (SBN 168896)
JAN L. POCATERRA (SBN 134247)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:    (310) 445-0800
Facsimile:    (310) 473-2525

Attorneys for Proposed Intervenor
GREAT DIVIDE INSURANCE COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC. and THE COLLEGIATE LICENSING COMPANY,<br><br>Defendants,<br><br>GREAT DIVIDE INSURANCE COMPANY<br><br>Proposed Intervenor. | CASE NO.    C11-04897 JW<br><br>Assigned to: Hon. James Ware<br><br>PROPOSED STIPULATION AND [~~PROPOSED~~] ORDER IN SUPPORT OF GREAT DIVIDE'S ADMINISTRATIVE MOTION TO SHORTEN TIME RE: GREAT DIVIDE'S MOTION FOR LEAVE TO FILE A COMPLAINT IN INTERVENTION<br><br>Complaint Filed:    October 4, 2011 |

COMES NOW Proposed Intervenor Great Divide Insurance Company ("Great Divide") by and through its attorney of record, Jan Pocaterra, Proposed Intervenors American Casualty Company of Reading, PA ("American Casualty") and Continental Casualty Company ("Continental") by and through their attorney of record, John Edward Peer, Proposed Intervenor Allied World National Assurance Company ("Allied World"), by and through its attorney of record Laura J. Ruettgers, Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and the Insurance Company of Pennsylvania ("ISOP") by and through its

attorney of record Gary Selvin, and Defendant The Collegiate Licensing Company, by and through its attorney of record, Brent Brougher, and stipulate as follows:

WHEREAS Plaintiffs National Union and ISOP filed their Complaint for Declaratory Relief on October 4, 2011,

WHEREAS Proposed Intervenors American Casualty and Continental filed their Motion for Leave to File a Complaint in Intervention on October 27, 2011,

WHEREAS Proposed Intervenor Allied World filed its Motion for Leave to File a Complaint in Intervention, which was originally set to be heard on January 9, 2011 with the motion filed by American Casualty and Continental, on November 16, 2011,

WHEREAS the court issued an order on November 17, 2011 re-setting the hearing on American Casualty, Continental and Allied World's respective motions to intervene for December 19, 2011,

WHEREAS it is in the interest of judicial economy that Proposed Intervenor Great Divide's Motion for Leave to Intervene be heard at the same time as the earlier filed motions for leave to intervene of American Casualty, Continental and Allied World.

WHEREFORE each party to this stipulation agrees that Great Divide should be permitted to file its Motion for Leave to Intervene on shortened notice such that it might be heard on December 19, 2011 with the other pending motions to intervene filed by American Casualty, Continental and Allied World.

\\
\\
\\
\\
\\
\\
\\
\\

WHEREFORE it is additionally agreed by and between CLC and Great Divide that, should the Proposed Intervenors' Motions for Leave to Intervene remain set for hearing on December 19, 2011, CLC shall be permitted additional time, until December 9, 2011, to file and serve an opposition to Great Divide's Motion for Leave to Intervene only.

Consent is hereby given for the use of electronic and/or facsimile signature to act as an original wet signature.

DATED: November 23, 2011  SELMAN BREITMAN LLP

By: _____
ELDON S. EDSON
JAN L. POCATERRA
Attorneys for Proposed Intervenor
GREAT DIVIDE INSURANCE COMPANY

DATED:  KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Brent W. Brougher
BRENT W. BROUGHER
Attorneys for Defendant
THE COLLEGIATE LICENSING COMPANY

DATED:  WOOLLS & PEER

By: _____
JOHN EDWARD PEER
Attorneys for Proposed Intervenors
AMERICAN CASUALTY COMPANY OF READING, PA and CONTINENTAL CASUALTY COMPANY

DATED:  McCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
Attorneys for Proposed Intervenor
ALLIED WORLD NATIONAL ASSURANCE COMPANY

1  WHEREFORE it is additionally agreed by and between CLC and Great Divide that, should the Proposed Intervenors' Motions for Leave to Intervene remain set for hearing on December 19, 2011, CLC shall be permitted additional time, until December 9, 2011, to file and serve an opposition to Great Divide's Motion for Leave to Intervene only.

Consent is hereby given for the use of electronic and/or facsimile signature to act as an original wet signature.

DATED:             SELMAN BREITMAN LLP

By: _____
ELDON S. EDSON
JAN L. POCATERRA
Attorneys for Proposed Intervenor
GREAT DIVIDE INSURANCE COMPANY

DATED:             KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
BRENT W. BROUGHER
Attorneys for Defendant
THE COLLEGIATE LICENSING COMPANY

DATED: 11/23/11     WOOLLS & PEER

By: /s/ John E. Peer
JOHN EDWARD PEER
Attorneys for Proposed Intervenors
AMERICAN CASUALTY COMPANY OF READING, PA and CONTINENTAL CASUALTY COMPANY

DATED:             McCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
Attorneys for Proposed Intervenor
ALLIED WORLD NATIONAL ASSURANCE COMPANY

WHEREFORE it is additionally agreed by and between CLC and Great Divide that, should the Proposed Intervenors' Motions for Leave to Intervene remain set for hearing on December 19, 2011, CLC shall be permitted additional time, until December 9, 2011, to file and serve an opposition to Great Divide's Motion for Leave to Intervene only.

Consent is hereby given for the use of electronic and/or facsimile signature to act as an original wet signature.

DATED:            SELMAN BREITMAN LLP

By: _____
    ELDON S. EDSON
    JAN L. POCATERRA
    Attorneys for Proposed Intervenor
    GREAT DIVIDE INSURANCE COMPANY

DATED:            KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
    BRENT W. BROUGHER
    Attorneys for Defendant
    THE COLLEGIATE LICENSING COMPANY

DATED:            WOOLLS & PEER

By: _____
    JOHN EDWARD PEER
    Attorneys for Proposed Intervenors
    AMERICAN CASUALTY COMPANY OF READING,
    PA and CONTINENTAL CASUALTY COMPANY

DATED: 11/22/11    McCURDY & FULLER LLP

By: _____
    LAURA J. RUETTGERS
    Attorneys for Proposed Intervenor
    ALLIED WORLD NATIONAL ASSURANCE
    COMPANY

DATED: SELVIN WRAITH HALMAN LLP

By: /s/ Gary Robert Selvin
    GARY ROBERT SELVIN
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties and other declarations filed herein, this Court agrees that the Motion of Proposed Intervenor Great Divide Insurance Company for Leave to Intervene shall be heard in conjunction with similar motions to intervene on December 19, 2011. Furthermore, CLC shall be granted an extension of time to December 9, 2011 to file and serve its opposition, if any, to Great Divide Insurance Company's Motion for Leave to Intervene only. All other previously set briefing schedules shall remain the same. This order terminates Doc. 55.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 28, 2011

*/s/ James Ware*

JAMES WARE
Judge of the United States District Court for the Northern District of California

C11-04897 JW