KILPATRICK TOWNSEND & STOCKTON LLP
Brent W. Brougher, CA Bar No. 167791
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:  bbrougher@kilpatricktownsend.com

Attorneys for Defendant
COLLEGIATE LICENSING COMPANY

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC. and THE COLLEGIATE LICENSING COMPANY,<br><br>Defendants,<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY, AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, CONTINENTAL CASUALTY COMPANY and GREAT DIVIDE INSURANCE COMPANY,<br><br>Intervenors. | Case No. C11-04897-JW<br><br>Case Assigned to:  Hon. James Ware<br><br>**STIPULATION REGARDING COLLEGIATE LICENSING COMPANY'S RESPONSE TO INTERVENOR COMPLAINTS** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Collegiate Licensing Company ("CLC"), on the one hand, and Intervenor Allied World National Assurance Company ("Allied World"), Intervenor American Casualty Co. of Reading, Pennsylvania ("American Casualty"), Intervenor Continental Casualty Company ("Continental

1  Casualty") and Intervenor Great Divide Insurance Company ("Great Divide") (collectively, the

2  "Intervenors"), on the other hand, hereby agree and stipulate as follows:

3       Whereas, on October 27, 2011, American Casualty and Continental Casualty filed a

4  Motion for Leave to File a Complaint in Intervention.  [Dkt. No. 10]

5       Whereas, on November 16, 2011, Allied World filed a Motion for Leave to File a

6  Complaint in Intervention.  [Dkt. No. 19]

7       Whereas, on November 23, 2011, Great Divide filed a Motion for Leave to File a

8  Complaint in Intervention.  [Dkt. No. 33]

9       Whereas, on December 14, 2011, the Court granted the Intervenor's Motions for Leave

10  to File Complaints in Intervention, and instructed Intervenors to file their Complaints as

11  separate docket entries on or before December 21, 2011.  [Dkt. No. 70]

12       Whereas, Allied World, American Casualty and Continental Casualty, and Great Divide

13  field their Complaints in Intervention on December 15, 2011, December 16, 2011, and

14  December 20, 2011, respectively.  [Dkt. Nos. 72, 78 & 84]

15       Whereas, applying Federal Rule of Civil Procedure 12, CLC's response to Allied

16  World's Complaint in Intervention would be due January 5, 2012; CLC's response to American

17  Casualty and Continental Casualty's Complaint in Intervention would be due January 6, 2012;

18  and CLC's response to Great Divide's Complaint in Intervention would be due January 10,

19  2012.

20       Whereas, Intervenors granted extensions of time to CLC to file responsive pleadings to

21  the Complaints in Intervention, to January 13, 2012.

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INTERVENOR COMPLAINTS   - 2 -
CASE NO. C11-04897-JW

1     THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

2     The deadlines to respond to the Intervenors' Complaints in Intervention are extended to

3 January 13, 2012.

4     **SO STIPULATED.**

5 Dated: January 5, 2012

By:   s/Brent W. Brougher
      Brent W. Brougher
      California Bar No. 167791
      KILPATRICK TOWNSEND & STOCKTON LLP
      Suite 2800
      1100 Peachtree Street
      Atlanta, Georgia 30309
      (404) 815-6500 (Telephone)
      (404) 815-6555 (Facsimile)

      bbrougher@kilpatricktownsend.com

      Attorney for Defendant
      Collegiate Licensing Company

      s/John E. Peer
      John E. Peer
      California Bar No.
      WOOLS & PEER
      One Wilshire Boulevard, 22nd Floor
      Los Angeles, California 90017
      Telephone: (213) 629-1600
      Facsimile: (213) 629-1660

      jpper@woollspeer.com

      Attorney for Intervenors American Casualty Co.
      of Reading, Pennsylvania and Continental
      Casualty Company

| | |
|---|---|
| 1 | s/Laura J. Ruettgers |
| 2 | s/Laura J. Ruettgers<br>Laura J. Ruettgers |
| 3 | McCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240 |
| 4 | Menlo Park, CA 94025<br>Telephone: (650) 618-3500 |
| 5 | Facsimile: (650) 618-3599 |
| 6 | laura.ruettgers@mccurdylawyers.com |
| 7 | Attorney for Intervenor Allied World National<br>Assurance Company |
| 8 | s/Jan L. Pocaterra |
| 9 | Jan L. Pocaterra<br>SELMAN BREITMAN LLP |
| 10 | 11766 Wilshire Boluevard, Sixth Floor<br>Los Angeles, CA 90025 |
| 11 | Telephone: (310) 445-0800<br>Facsimile: (310) 473-2525 |
| 12 | jpocaterra@selmanbreitman.com |
| 13 | Attorney for Intervenor Great Divide Insurance<br>Company |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2012, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification to the e-mail addresses registered.

DATED: January 5, 2012

        Respectfully submitted,

        By:   s/Brent W. Brougher

        KILPATRICK TOWNSEND & STOCKTON LLP
        Brent W. Brougher
        California Bar No. 167791
        Suite 2800
        1100 Peachtree Street
        Atlanta, Georgia 30309
        (404) 815-6500 (Telephone)
        (404) 815-6555 (Facsimile)

        bbrougher@kilpatricktownsend.com

        Attorneys for Defendant
        Collegiate Licensing Company