UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>    Plaintiffs,<br>  v.<br><br>ELECTRONIC ARTS, INC. and THE COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br>_____/ | No. C 11-4897 SI<br><br>**ORDER RE: FILING JOINT STATUS REPORT** |

This declaratory relief action has been stayed pending resolution of various underlying actions, most of which have been consolidated in this District before Chief Judge Wilken.  The Court has received no reports on the status of any of the cases since May, 2013.

Accordingly, the parties are ORDERED to file a Joint Status Report, on or before March 17, 2014, including information on the status of the underlying actions, their anticipated completion dates and an estimate of when the parties will seek to reactivate and complete this declaratory relief action.

**IT IS SO ORDERED.**

Dated: March 10, 2014

                                                  _____
                                                SUSAN ILLSTON
                                                United States District Judge