UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>    Plaintiffs,<br>    v.<br><br>ELECTRONIC ARTS, INC. and THE COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br>_____/ | No. C 11-4897 SI<br><br>**ORDER RE: FILING JOINT STATUS REPORT** |

This declaratory relief action has been stayed pending resolution of various underlying actions, most of which have been consolidated in this District before Chief Judge Wilken. The Court received a status report in March, 2014, stating that settlements of the underlying NCAA cases had been agreed upon and were being formalized in writing, and that the coverage action relating to the NCAA cases likewise had been or would be settled. The report also indicated that the underlying NFL cases had not been settled, and that the coverage issues related to the NFL cases would require litigation.

The parties are ORDERED to file a Joint Status Report, on or before September 22, 2014, including information on the status of the underlying actions, their anticipated completion dates and an estimate of when the parties will seek to reactivate and complete this declaratory relief action.

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
SUSAN ILLSTON
United States District Judge