UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC. and THE COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No.  3:11-cv-04897-SI<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On September 22, 2014, the parties in this stayed action filed a Joint Status Report. The Report indicated that plaintiffs and both defendants in this declaratory relief insurance coverage matter have reached a settlement related to the underlying NCAA actions, contingent on the approval by Judge Wilken of the settlements of the underlying NCAA actions. Judge Wilken has scheduled a fairness hearing on those settlements for May 14, 2015.

The Report further indicated that the insurance plaintiffs and defendant Electronic Arts have not reached agreement as to the underlying NFL-related actions (*Davis v. Electronic Arts, Inc.*, No. 10-3328-RS, N.D.Cal.; and *Brown v. Electronic Arts, Inc.*, Case No. BC 520019, L.A. Sup.Ct.). The September, 2014 Report stated that "plaintiffs plan to file a motion to lift the stay in this action with respect to the underlying NFL actions." However, no such motion -- or any other pleadings -- have been filed in this case since then.

**Accordingly, the Court schedules a Case Management Conference for Friday, May 22, 2015 at 3:00 pm.** One week prior, the parties shall file a Joint Status Report which includes a plan and suggested timetable for completion of the proceedings in this action.

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
SUSAN ILLSTON
United States District Judge