UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR CHAN-SOSA,

             Plaintiffs,

      v.

CALIFORNIA HIGHWAY PATROL, et al.,

             Defendants.

Case No.  15-cv-00008-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 11, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 30, 2015.

DESIGNATION OF EXPERTS: March 14, 2016; REBUTTAL: April 1, 2016;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 29, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 22, 2016;
    Opp. Due: February 5, 2016; Reply Due: February 12, 2016;
    and set for hearing no later than February 26, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 7, 2016 at 3:30 PM.

JURY TRIAL DATE: June 20, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

**This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur during the week of 3/11/16.**

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated:   9/21/15

SUSAN ILLSTON
United States District Judge