**KAUFMAN DOLOWICH & VOLUCK, LLP**
KATHERINE S. CATLOS, SBN 184227
KCatlos@kdvlaw.com
MARION V. CRUZ, SBN 244223
MCruz@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 926-7600
Facsimile:   (415) 926-7601

Attorneys for Defendant MARRIOTT HOTEL SERVICES, INC.
(erroneously sued as MARRIOTT INTERNATIONAL, INC.)

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA I. LOPEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>MARRIOTT INTERNATIONAL, INC., individually; DOES 1-50 inclusive,<br><br>             Defendants. | Case No.:  3:15-cv-04277-SI<br>Trial Date: January 17, 2017<br><br>[ORIGINALLY SAN FRANCISCO COUNTY SUPERIOR COURT, CASE NO. CGC 15-547443]<br><br>STIPULATION OF DISMISSAL<br><br>State Court Action Filed:  August 18, 2015 |

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

- 1 -
STIPULATION OF DISMISSAL
USDC CASE NO. 3:15-CV-04277-SI

Plaintiff Jessica Lopez through her counsel, Na'il Benjamin of Benjamin Law Group and John L. Burris of Law Offices of John L. Burris and Defendant Marriot Hotel Services, Inc. through its counsel, Katherine S. Catlos of Kaufman, Dolowich & Voluck, LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed without prejudice, the parties to bear their respective costs, including attorney's fees or other expenses of litigation.

Respectfully submitted,

BENJAMIN LAW GROUP

Dated: January 10, 2017        /s/ Na'il Benjamin
                               Na'il Benjamin
                               *Attorneys for Plaintiff*
                               *Jessica I. Lopez*

LAW OFFICES OF JOHN L. BURRIS

Dated: January 10, 2017        /s/ John L. Burris
                               John L. Burris
                               *Attorneys for Plaintiff*
                               *Jessica I. Lopez*

KAUFMAN DOLOWICH & VOLUCK, LLP

Dated: January 10, 2017        /s/ Katherine S. Catlos
                               Katherine S. Catlos
                               *Attorneys for Defendant*
                               *Marriott Hotel Services, Inc.*

4815-5699-7438, v. 1